UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-00673 (TNM) |

## JOINT STAUS REPORT

Plaintiff's Freedom of Act ("FOIA") request seeks six specific contracts between defendant and MVM, Inc., and any memoranda of understanding between defendant and MVM, Inc., regarding the latter's work with immigrants and refugees. Three of the six requested contracts are available to the public at: https://www.ice.gov/foia/library.  Since the first joint status report, defendant has been able to identify the other three contracts sought by plaintiff, one of which is not with Defendant.  Defendant has not been able to locate any memoranda of understanding.  Defendant is prepared to start reviewing 500 pages for release per month; however, there is a possible Exemption 4 problem, 5 U.S.C. § 552(b)(4) (trade secrets and commercial or financial information obtained from a person and

privileged or confidential). Consequently, the parties propose that they file another joint status report by July 8, 2019, that addresses the production of responsive records in light of the potential Exemption 4 issue.

Counsel for plaintiff has authorized undersigned counsel to file this report on her behalf.

    Respectfully submitted,

    JESSIE K. LIU, D.C. Bar #472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

    BY:  /s/ *Fred E. Haynes*
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C.  20530
    202.252.2550
    fred.haynes@usdoj.gov